**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**Kevin Guay**

    **v.**                                              Case No. 09-cv-217-PB

**Thomas Burack**


**O R D E R**


    I recuse myself from presiding over this case.  The case
shall be assigned to another judge.

    SO ORDERED.


                                           /s/Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge


July 2, 2009

cc:  Kevin Guay, pro se