UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Kevin Guay</u>

    v.                        Civil No. 09-cv-217

<u>Thomas Burack, et al.</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 7, 2009

cc: Kevin Guay, pro se