UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Kevin Guay,
     Plaintiff

     v.                                Civil No. 09-cv-217

Thomas Burack,
Concord Police Department,
Kelly Ayotte, NH Attorney
General, Detective Sean Ford,
and City of Concord, NH,
     Defendants


**O R D E R**


I recuse myself from presiding over this case.


**SO ORDERED.**


_____
Steven J. McAuliffe
Chief Judge

July 7, 2009

cc:  Kevin Guay, pro se