UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Guay</u>

    v.                            Civil No. 09-cv-217

<u>Thomas Burack,</u>
<u>Concord Police Department,</u>
<u>Kelly Ayotte, NH Attorney General,</u>
<u>Detective Sean Ford, and</u>
<u>City of Concord, NH</u>

<u>O R D E R</u>

    Pursuant to the provisions of 28 U.S.C. § 455, I recuse myself from this case.

    SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

July 8, 2009

cc:  Kevin Guay, pro se