UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Guay</u>

        v.                                  NH Case No. 1:09-cv-217-PB

<u>Thomas Burack, et al</u>

## **AMENDED ORDER**

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: __July 14, 2009__                             <u>/s/ Steven J. McAuliffe</u>
                                                                  Steven J. McAuliffe
                                                                   Chief Judge

cc:    Kevin Guay, pro se
        Nancy J. Smith, Esq.
        Charles P. Bauer, Esq.
        Clerk, USDC-Maine

## AMENDED CONCURRING ORDER

I concur that <u>D. Brock Hornby</u>, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case <u>Magistrate Judge Margaret Kravchuk</u> is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: *July 20, 2009*

_____
Chief United States District Judge
Assignee District

cc:   Kevin Guay, pro se
      Nancy J. Smith, Esq.
      Charles P. Bauer, Esq.
      Clerk, USDC-New Hampshire