```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

KEVIN GUAY,                    )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil No. 1:09cv217-DBH
                               )
THOMAS BURACK, et al.,         )
                               )
    Defendants                 )


## O R D E R

As plaintiff brought this action pro se, his complaint is before me for preliminary review to determine whether this court's subject matter jurisdiction has been invoked. See U.S. District Court District of New Hampshire Local Rule ("LR") 4.3(d)(1)(A). Plaintiff bases this action on 42 U.S.C. § 1983, and properly cites the federal question jurisdiction statute, 28 U.S.C. § 1331. The filing, therefore, is sufficient to establish subject matter jurisdiction under 28 U.S.C. § 1331 (providing for federal question jurisdiction).

The Clerk's office has already issued the necessary summonses against the defendants to enable this action to proceed. See LR 4.3(d)(1)(A). Plaintiff shall complete service on all defendants within 120 days following issuance of the summonses as provided by

Fed. R. Civ. P. 4(c).  Service shall include the summons, a copy of the complaint (document no. 1) and this order.

Plaintiff is referred to Fed. R. Civ. P. 5, which requires that every pleading after the complaint and every written motion, notice, and similar paper be served on all parties, which service shall be made by mailing it to the parties' attorney(s).

**SO ORDERED.**

/s/ Margaret J. Kravchuk
United States Magistrate Judge

Date:  July 21, 2009